People v Clark (2023 NY Slip Op 03474)

People v Clark

2023 NY Slip Op 03474

Decided on June 28, 2023

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 28, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

COLLEEN D. DUFFY, J.P.
LINDA CHRISTOPHER
PAUL WOOTEN
HELEN VOUTSINAS, JJ.

2021-09449
 (Ind. No. 1551/19)

[*1]The People of the State of New York, respondent,
v
Daniel W. Clark, appellant.

Laurette D. Mulry, Riverhead, NY (Amanda E. Schaefer of counsel), for appellant.
Raymond A. Tierney, District Attorney, Riverhead, NY (Meaghan Powers of counsel), for respondent.

DECISION & ORDER
Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Suffolk County (Chris Ann Kelley, J.), imposed August 6, 2021, upon his plea of guilty, on the ground that the sentence was excessive.
ORDERED that the sentence is affirmed.
Contrary to the People's contention, the record does not demonstrate that the defendant knowingly, voluntarily, and intelligently waived his right to appeal (see People v Lopez, 6 NY3d 248, 256). The record reflects that the Supreme Court made its own offer of sentence to the defendant and required that the defendant waive his right to appeal, but did not set forth any reason for demanding an appeal waiver, and none is apparent on the record (see People v Sutton, 184 AD3d 236, 244-245). Accordingly, the purported waiver does not preclude appellate review of the defendant's excessive sentence claim (see id. at 244-245).
However, the sentence imposed was not excessive (see People v Suitte, 90 AD2d 80).
DUFFY, J.P., CHRISTOPHER, WOOTEN and VOUTSINAS, JJ., concur.
ENTER:
Maria T. Fasulo
Clerk of the Court